UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

MARGARET SCOTTA,

        Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,

        Defendant.

CIVIL ACTION NO.:_____

FEBRUARY 28, 2011

---

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)

## (FEDERAL QUESTION)

PLEASE TAKE NOTICE that Defendant Central Credit Services, Inc. ("CCS") hereby removes to this Court the state court action described below.

1. On January 20, 2011, Plaintiff Margaret Scotta ("Plaintiff") commenced an action in the Superior Court for the State of Connecticut in and for the Judicial District of Windham at Putnam, entitled and captioned: *Scotta, Margaret v. Central Credit Services, Inc.*, bearing a return date of March 29, 2011. A copy of the summons and complaint received by CCS is attached and marked as Exhibit "A".

2. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by CCS pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, in that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

3. CCS was served on January 28, 2011, via service upon the Connecticut Secretary of State. This removal is timely pursuant to 28 U.S.C. § 1446(b).

4. To the best of the undersigned's knowledge, no other pleadings or documents, other than the summons and complaint attached hereto, have been filed in this matter.

5. As required by 28 U.S.C. § 1446(d), CCS will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of Windham at Putnam, where the action is currently pending. A copy of the Notice to State Court of Filing of Notice of Removal is attached as "Exhibit B".[1]

WHEREFORE, CCS respectfully requests that the above captioned matter currently pending in the Superior Court of Connecticut, Judicial District of Windham at Putnam, be removed to this Honorable Court.

Dated: February 28, 2011

MOSS & BARNETT
A Professional Association

By: _____
John K. Rossman (ct27261)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 877-5000
Facsimile: (612) 877-5999
E-Mail: RossmanJ@moss-barnett.com

---

[1] The clerk's office at the J.D. of Windham at Putnam does not have record of the state court case as yet. This is likely due to the state court suit papers not having been returned to court as of the present date. The return date in the state court is March 29, 2011.

1754985v1

Erich Gaston (#ct19590)
PORZIO LAW OFFICES
25 State Street
Waterbury, CT 06702
Telephone: (203) 754-5299
Facsimile: (203) 757-2778
E-Mail: egaston@jporziolaw.com

**Attorneys for Central Credit Services, Inc.**

1754985v1

## **CERTIFICATION**

This is to certify that a copy of the following documents:

1. Notice of Removal;
2. Civil Cover Sheet; and
3. Copy of the Complaint

has been sent via U.S. Mail first class mail, postage prepaid, on the date listed below to:

Theresa Rose Nickols DeGray, Esq.
Consumer Legal Services, LLC
PO Box 474
Guilford, CT 06437

Dated at Waterbury, Connecticut this 28th day of February 2011.

_____
Erich H. Gaston

# SUMMONS - CIVIL

JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

## STATE OF CONNECTICUT
### SUPERIOR COURT
www.jud.ct.gov

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 155 Church Street Putnam, 06260 | 860-928-7749 | 03 / 29 / 2011 |

| | | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| ☒ Judicial District ☐ Housing Session | G.A. Number: | Putnam | Major: M  Minor: 90 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip) | Juris number (to be entered by attorney only) |
|---|---|
| Consumer Legal Services, LLC, PO Box 474, Guilford, 06437 | 430221 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| 203-458-8200 | |

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Scotta, Margaret  Address: 292 Drown Rd.; Pomfret Center; CT; 06259 | P-01 |
| Additional Plaintiff | Name: Address: | P-02 |
| First Defendant | Name: Central Credit Services, Inc. 9550 Regency Square Blvd., Suite 500; FL; 32225  Address: | D-50 |
| Additional Defendant | Name: Address: | D-51 |
| Additional Defendant | Name: Address: | D-52 |
| Additional Defendant | Name: Address: | D-53 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left  Theresa Rose Nickols DeGray | Date signed  01-20-11 |
|---|---|---|---|

If this Summons is signed by a Clerk:
c. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
d. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

File Date
ATTEST: A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 |
|---|
| Ernest L. Nickols, Sr., 11 Beverly Place, Bridgeport, CT 06610 |

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date  01-20-11 | Docket Number |
|---|---|---|---|

Page 1 of 2

**EXHIBIT**
A

RETURN DATE: MARCH 29, 2011 : SUPERIOR COURT

SCOTTA, MARGARET, : J. D. OF WINDHAM

V. : AT PUTNAM

CENTRAL CREDIT SERVICES, INC. : JANUARY 20, 2011

## COMPLAINT

**COUNT ONE (Fair Debt Collection Practices Act)**

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692K and 28 U.S.C §§ 1331 and 1367.

3. The Plaintiff is a "consumer debtor" and/or "consumer" and/or "person" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq. and §42-110a (3)) and/or the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), currently residing at 292 Drown Rd, Pomfret Center, Connecticut.

4. The Defendant's business is 9550 Regency Square Blvd., Suite 500, Jacksonville, Florida, 32225, and is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and a "Consumer collection agency" and/or a "person" as defined by the Connecticut General Statutes (C.G.S. §36a-800 et seq. and §42-110a(3)).

5. At all times relevant herein, the Defendant has been engaged in the trade or commerce of providing debt collection services in the State of Connecticut.

6. On or about January 25, 2010 the Plaintiff received a message on her home answering machine from the Defendant and/or the Defendant's agent who identified himself as "John Creed"; Mr. Creed stated in his message, "How you doing, Margaret Scotta; This

solicitation; Please speak directly at 1-888-866-9164 for reference your file number 5473606; before you are connected you will be recorded for our purposes"; a copy of said message is attached hereto as Exhibit A.

7. The Defendant and/or its agent violated 15 U.S.C. § 1692e. (10) and (11) by not providing the required mini Miranda warning.

8. The Defendant and/or its agent failed to provide meaningful disclosure of the caller's identity in violation of 15 U.S.C. § 1692d. (6).

9. As a result of the Defendant's acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to the Fair Debt Collection Practices Act.

**COUNT TWO (Connecticut Unfair Trade Practices Act)**

1. Paragraphs 1-9 of Count Two are hereby incorporated as Paragraphs 1-9 of the Count Three as though stated in full.

10. The conduct of the Defendant alleged in this Complaint constitutes a deceptive act or practice within the meaning of C.G.S. § 42-110b(a), in the conduct of the trade or commerce alleged in Paragraph Six (6) of this Count in that said conduct constitutes a material misrepresentation or omission likely to mislead a consumer acting reasonably under the circumstances.

11. As a result of the conduct of the defendant alleged in Paragraph Six (6) of this Count, the Plaintiff has suffered an ascertainable loss of money or property, including the loss of money, time and inconvenience suffered by the Plaintiff in attempting dispute the alleged debt.

12. The conduct of the Defendant alleged in Paragraph Six (6) of this Count constituted an intentional and wanton violation of the Plaintiff's rights or was done with a reckless indifference to those rights in that the Defendant knew that its representations and omissions were false and misleading or was recklessly indifferent to their truth or

completeness and that its threats and implications that the creditor would sue the Plaintiff were without reasonable justification or excuse.

13. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to Connecticut General Statutes § 42-110a et seq.

## COUNT THREE

1. Paragraphs 1-13 of Count Three are hereby incorporated as Paragraphs 1-13 of the Count Four as though stated in full.

14. All of the Defendant's acts, or omissions to act, averred in this complaint caused intentional infliction of emotional distress to the Plaintiff.

15. All of the Defendant's acts, or omissions to act, averred in this complaint caused negligent infliction of emotional distress to the Plaintiff.

WHEREFORE, the Plaintiff claims:

1. Actual Money damages, pursuant to C.G.S. § 42-110g(a) in the amount of $5,000.00 or more, exclusive of interest and costs;
2. Ascertainable loss;
3. Punitive damages, pursuant to C.G.S. § 42-110g(a);
4. Statutory damages;
5. Attorneys fees and costs, pursuant to C.G.S. § 42-110g(d) and
6. Such other relief as the Court may find in law or equity.

THE PLAINTIFF
Margaret Scotta

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
PO Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: MARCH 29, 2011 | : | SUPERIOR COURT |
| SCOTTA, MARGARET | : | J.D. OF WINDHAM |
| v. | : | AT PUTNAM |
| CENTRAL CREDIT SERVICES, INC. | : | FEBRUARY 28, 2011 |

## NOTICE OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on February 28, 2011, Defendant Central Credit Services, Inc. ("CCS"), through its undersigned counsel, filed in the United States District Court for the District of Connecticut, a Notice of Removal in the above-captioned matter. With the latter filing, this action now stands removed from the Superior Court for the Judicial District of Windham at Putnam to the United States District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

THE DEFENDANT,
CENTRAL CREDIT SERVICES, INC.

By: _____
Erich H. Gaston

*Porzio Law Offices, LLC • Attorneys At Law*
*25 State Street • Waterbury, Connecticut 06702 • Fax No. 203 754-5299 • Fax No. 203 757-2778 • Juris No. 419044*

Exhibit B.

1

## **CERTIFICATION**

This is to certify that on February 28, 2011, a copy of the foregoing was sent by first-class mail, postage prepaid, to all pro se parties and counsel of record:

Consumer Legal Services, LLC
P.O. Box 474
Guilford, CT 06437

_____
Erich H. Gaston

Porzio Law Offices, LLC • Attorneys At Law
25 State Street • Waterbury, Connecticut 06702 • 203 754-5299 • Fax No. 203 757-2778 • Juris No. 419044